IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

| | |
|---|---|
| CHRISTINE E. WHEELER, | : |
| Plaintiff, | : |
| | : Case No. 07-01988 (JR) |
| v. | : |
| DISTRICT OF COLUMBIA, *et. al.,* | : |
| Defendants. | : |

---

**CONSENT MOTION TO ENLARGE TIME TO FILE A RESPONSIVE
PLEADING TO THE COMPLAINT**

Defendants, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully request that the Court grant defendants' consent motion to enlarge the time to file a responsive pleading to the plaintiff's Complaint to January 10, 2008 for all defendants.[1]

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto. On November 28, 2007 undersigned counsel telephoned plaintiffs' counsel, John Mercer, to request his consent to the relief requested in this Motion. Mr. Mercer consented to the motion.

Dated: November 29, 2007.

---

[1] Defendants do not concede personal jurisdiction by filing this motion. Moreover, Defendants submit that without proof of proper service of process, there is no personal jurisdiction over any defendant in this case.

                    Respectfully Submitted,

                    LINDA SINGER  
                    Attorney General for the  
                    District of Columbia

                    GEORGE C. VALENTINE  
                    Deputy Attorney General  
                    Civil Litigation Division

                    ____/s/Nicole Lynch_____  
                    NICOLE L. LYNCH [471953]  
                    Section Chief  
                    General Litigation § II

                    ___/s/Alex Karpinski_____  
                    ALEX KARPINSKI[2]  
                    (MI Bar No. P58770)  
                    Assistant Attorney General  
                    441 4th St., NW, 6th Floor South  
                    Washington, DC 20001  
                    (202) 724-6642  
                    Fax No. (202) 727-3625  
                    E-Mail: alex.karpinski@dc.gov

---

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE E. WHEELER, : | |
| Plaintiff, : | |
| : | Case No. 07-01988 (JR) |
| v. : | |
| DISTRICT OF COLUMBIA, et. al., : | |
| Defendants. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF THE CONSENT MOTION TO ENLARGE TIME TO FILE
A RESPONSIVE PLEADING TO THE COMPLAINT**

Defendants, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully request that the Court grant defendants' consent motion to enlarge the time by which they must file a pleading in response to the plaintiff's Complaint to January 10, 2008 for all defendants. The Motion should be granted for the reasons set forth below:

1. Fed. R. Civ. P. 6(b) gives the Court authority to grant parties additional time to comply with any deadline imposed by other enumerated rules.[3] The Court has wide discretion to grant such motions.

2. The granting of this Motion will not prejudice the plaintiff. Plaintiff's counsel has consented to an enlargement.

---

[3] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)-- none of which are applicable herein.

3.    Undersigned counsel was recently assigned this case and requires additional time to obtain the necessary information to respond to the complaint.

WHEREFORE, for the reasons stated herein, defendants request that this Court expand the time to file responsive pleadings for all defendants to January 10, 2008.

Dated: November 29, 2007.       Respectfully Submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

____/s/Nicole Lynch_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

___/s/Alex Karpinski_____
ALEX KARPINSKI[4]
(MI Bar No. P58770)
Assistant Attorney General
441 4th St., NW, 6th Floor South
Washington, DC 20001
(202) 724-6642
Fax No. (202) 727-3625
E-Mail: alex.karpinski@dc.gov

---

[4] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

| | |
|---|---|
| CHRISTINE E. WHEELER, | : |
| Plaintiff, | : |
| | : Case No. 07-01988 (JR) |
| v. | : |
| | : |
| DISTRICT OF COLUMBIA, et. al., | : |
| Defendants. | : |

_____

**ORDER**

Upon consideration of the Consent Motion to Enlarge the Time to File a Responsive Pleading to the Complaint, and the record herein, it is this _____ day of

_____, 2007,

**ORDERED:** that said Motion be and the same hereby is GRANTED, and that the defendants shall file responsive pleadings on or before January 10, 2008.

_____
**JUDGE JAMES ROBERTSON**