**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTINE E. WHEELER, | : |
| Plaintiff, | : |
| | : Case No. 07-01988 (JR) |
| v. | : |
| DISTRICT OF COLUMBIA, *et. al.,* | : |
| Defendants. | : |

**CONSENT MOTION TO ENLARGE TIME TO FILE A RESPONSIVE**
**PLEADING TO THE COMPLAINT**

Defendants, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully request that the Court grant defendants' consent motion to enlarge the time to file a responsive pleading to the plaintiff's Complaint to January 24, 2008 for all defendants.[1]

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto. On January 8, 2008 undersigned counsel telephoned plaintiffs' counsel, John Mercer, to request his consent to the relief requested in this Motion. Mr. Mercer consented to the motion.

Dated: January 10, 2008

---

[1] Defendants do not concede personal jurisdiction by filing this motion. Moreover, Defendants submit that without proof of proper service of process, there is no personal jurisdiction over any defendant in this case.

Respectfully Submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

____/s/Nicole Lynch_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II


___/s/Alex Karpinski_____
ALEX KARPINSKI[2]
(MI Bar No. P58770)
Assistant Attorney General
441 4th St., NW, 6th Floor South
Washington, DC 20001
(202) 724-6642
Fax No. (202) 727-3625
E-Mail: alex.karpinski@dc.gov

---

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

CHRISTINE E. WHEELER,

    Plaintiff,

v.

DISTRICT OF COLUMBIA, et. al.,

    Defendants.
_____

Case No. 07-01988 (JR)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**
**OF THE CONSENT MOTION TO ENLARGE TIME TO FILE**
**A RESPONSIVE PLEADING TO THE COMPLAINT**

Defendants, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby respectfully request that the Court grant defendants' consent motion to enlarge the time by which they must file a pleading in response to the plaintiff's Complaint to January 24, 2008 for all defendants. The Motion should be granted for the reasons set forth below:

1. Fed. R. Civ. P. 6(b) gives the Court authority to grant parties additional time to comply with any deadline imposed by other enumerated rules. The Court has wide discretion to grant such motions.

2. The granting of this Motion will not prejudice the plaintiff. Plaintiff's counsel has consented to an enlargement.

3.  Undersigned counsel has yet to receive records relevant to plaintiff's claim, is working toward receipt of the records and will need to review same in order to respond to the complaint.

WHEREFORE, for the reasons stated herein, defendants request that this Court expand the time to file responsive pleadings for all defendants to January 24, 2008.

Dated: January 10, 2008                                     Respectfully Submitted,

                                                            PETER J. NICKLES
                                                            Interim Attorney General for the
                                                            District of Columbia

                                                            GEORGE C. VALENTINE
                                                            Deputy Attorney General
                                                            Civil Litigation Division


                                                            ____/s/Nicole Lynch_____
                                                            NICOLE L. LYNCH [471953]
                                                            Section Chief
                                                            General Litigation § II


                                                            ___/s/Alex Karpinski_____
                                                            ALEX KARPINSKI[3]
                                                            (MI Bar No. P58770)
                                                            Assistant Attorney General
                                                            441 4th St., NW, 6th Floor South
                                                            Washington, DC 20001
                                                            (202) 724-6642
                                                            Fax No. (202) 727-3625
                                                            E-Mail: alex.karpinski@dc.gov

---

[3] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE E. WHEELER, | : |
| Plaintiff, | : |
| | : Case No. 07-01988 (JR) |
| v. | : |
| DISTRICT OF COLUMBIA, et. al., | : |
| Defendants. | : |

### ORDER

Upon consideration of the Consent Motion to Enlarge the Time to File a Responsive Pleading to the Complaint, and the record herein, it is this _____ day of _____, 2008,

**ORDERED:** that said Motion be and the same hereby is GRANTED, and that the defendants shall file responsive pleadings on or before January 24, 2008.

_____
**JUDGE JAMES ROBERTSON**