UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CRHISTINE E. WHEELER,** | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| **DISTRICT OF COLUMBIA, ET.AL,** | : | Case No.:  1:07–cv-1988 JR |
| | : | |
| Defendants, | : | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE HER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Comes now the Plaintiff, Christine E. Wheeler, by and though her counsel, John F. Mercer and moves this Court, pursuant to Rule 6(b) (1), Fed.R..Civ.P., to grant her an enlargement of time within which to file his opposition to the Defendants' Motion to Dismiss filed in the above styled action on January 24, 2008.  Plaintiff's counsel has suffered from viral pneumonia and bronchitis during January. This has caused him to fall behind in handling several matters, including two oppositions due in January and February.  In addition, Plaintiff's counsel is preparing for litigation in late February. For the foregoing reasons, Plaintiff requests that she be given an enlargement of time, to and including, February 22, 2008, within which to file her opposition to the Defendants' Motion to Dismiss.  The Plaintiff has sought and received Defendants' consent to this enlargement of time.  The instant motion is the Plaintiff's first request for an enlargement of time in this matter. The motion is filed for good cause, in good faith and will not unfairly prejudice the Defendants.

Respectfully submitted,

_____
John F. Mercer,
Of Counsel
D.C. Bar # 184549
Tec Law Group, PLLC.
1629 K Street, N.W.
Suite 300
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing "Plaintiff's Motion for Enlargement of Time Within Which to File Plaintiff's Oppositions to Defendants' Motion to Dismiss," was sent to the Defendants' Counsel, Alex Karpinski, Esq., Assistant Attorney General, District of Columbia, 441 Fourth Street, N.W., Washington, D.C., 20001-2714, this 4th[th] day of February, 2008.

_____
John F. Mercer


Dated: February 4, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CRHISTINE E. WHEELER,** : | |
|     Plaintiff, : | |
| : | |
| : | |
| **DISTRICT OF COLUMBIA, ET.AL,** : | Case No.:  1:07–cv-1988 JR |
| : | |
|     Defendants, : | |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE HER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**ORDER**

Upon consideration of the "Plaintiff's Motion for Enlargement of Time Within Which to File Oppositions to Defendants' Motion to Dismiss," it is hereby ordered that the motion is granted. The Plaintiff shall have to and including February 22, 2008, within which to file her opposition to the "Defendants' Motion To Dismiss."

_____
UNITED STATES DISTRICT JUDGE


Dated:_____, 2008