UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

FEB 0 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRHISTINE E. WHEELER,  :
    Plaintiff,  :
  :
  :
DISTRICT OF COLUMBIA, ET.AL,  :  Case No.: 1:07–cv–1988 JR
  :
    Defendants,  :


**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE HER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

ORDER

Upon consideration of the "Plaintiff's Motion for Enlargement of Time Within Which to File Oppositions to Defendants' Motion to Dismiss," it is hereby ordered that the motion is granted. The Plaintiff shall have to and including February 22, 2008, within which to file her opposition to the "Defendants' Motion To Dismiss."


Dated: 2/7/08 , 2008

JAMES ROBERTSON
United States District Judge