UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CRHISTINE E. WHEELER, | : | |
|     Plaintiff, | : | |
| | : | |
| | : | |
| DISTRICT OF COLUMBIA, ET.AL, | : | Case No.:  1:07–cv-1988 JR |
| | : | |
|     Defendants, | : | |

**PLAINTIFF'S SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE HER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

      Comes now the Plaintiff, Christine E. Wheeler, by and though her counsel, John F. Mercer and moves this Court, pursuant to Rule 6(b) (1), Fed.R.Civ.P., to grant her a second enlargement of time within which to file her opposition to the Defendant's Motion to Dismiss filed in the above styled action on January 24, 2008.  Plaintiff's counsel under-estimated the amount of time necessary  required for preparing a motion in a matter, due on February 13th before Judge Friedman (U.S. District Court for D.C.) In addition, Plaintiff's counsel is preparing for administrative litigation set for the 27th and 28th of February.  For the foregoing reasons, Plaintiff requests that she be given an enlargement of time to and including March 13, 2008, within which to file her opposition to the Defendants' dispositive motion.  The Plaintiff has sought and received Defendant's consent to this enlargement of time.  The instant motion is the Plaintiff's second request for an enlargement of time in this matter. The motion is filed for good cause, in good faith and will not unfairly prejudice the Defendant.

      Respectfully submitted,

      John F. Mercer,
      Of Counsel
      D.C. Bar # 184549
      Tec Law Group, PLLC.
      1629 K Street, N.W.
      Suite 300
      Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing "Plaintiff's Motion for Enlargement of Time Within Which to File Plaintiff's Oppositions to Defendant's Motion to Dismiss," was sent to the Defendant's Counsel, Alex Karpinski, Esq., Assistant Attorney General, District of Columbia, 441 Fourth Street, N.W., Washington, D.C., 20001-2714, this 19th[th] day of February, 2008.


    John F. Mercer




Dated: February 19, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CRHISTINE E. WHEELER,** | : | |
|     Plaintiff, | : | |
| | : | |
| | : | |
| **DISTRICT OF COLUMBIA, ET.AL,** | : | Case No.:  1:07–cv-1988 JR |
| | : | |
|     Defendants, | : | |

**PLAINTIFF'S SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE HER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

**ORDER**

Upon consideration of the "Plaintiff's Motion for Enlargement of Time Within Which to File Oppositions to Defendants' Motion to Dismiss," it is hereby ordered that the motion is granted. The Plaintiff shall have to and including March 13, 2008, within which to file her opposition to the "Defendants' Motion To Dismiss."

_____
UNITED STATES DISTRICT JUDGE


Dated:_____, 2008