
FILED
FEB 21 2008
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CRHISTINE E. WHEELER,　　　　　　:
　　　Plaintiff,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　:
DISTRICT OF COLUMBIA, ET.AL,　　　:　Case No.: 1:07–cv-1988 JR
　　　　　　　　　　　　　　　　　　:
　　　Defendants,　　　　　　　　　　:

### PLAINTIFF'S SECOND CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE HER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

### ORDER

Upon consideration of the "Plaintiff's Motion for Enlargement of Time Within Which to File Oppositions to Defendants' Motion to Dismiss," it is hereby ordered that the motion is granted. The Plaintiff shall have to and including March 13, 2008, within which to file her opposition to the "Defendants' Motion To Dismiss."

Dated: 2/19/08

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JAMES ROBERTSON
　　　　　　　　　　　　　　　　　　United States District Judge