UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHRISTINE E. WHEELER,** | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| **DISTRICT OF COLUMBIA, ET.AL,** | : | Case No.:  1:07–cv-1988 JR |
| | : | |
| Defendants, | : | |

**PLAINTIFF'S THIRD CONSENT MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE HER OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

Comes now the Plaintiff, Christine E. Wheeler, by and though her counsel, John F. Mercer and moves this Court, pursuant to Rule 6(b) (1), Fed.R.Civ.P., to grant her a third extension of time within which to file her Opposition to the Defendant's Motion to Dismiss filed in the above styled action on January 24, 2008.  Due to several matters pending this court, including preparation and submission of unexpected post- hearing materials related to an administrative proceeding in the D.C. Office of Administrative Hearings, Plaintiff's counsel has been substantially delayed in preparing the Plaintiff's Opposition.  For the foregoing reasons, the Plaintiff requests that she be granted an extension of time to and including April 15, 2008, within which to file her Opposition to the Defendants' dispositive motion. The Plaintiff   sought and has received Defendant's consent to this extension of time.  The instant motion is the Plaintiff's third request for an extension. The motion is filed for good cause, in good faith and will not unfairly prejudice the Defendant.


Respectfully submitted,


John F. Mercer,
Of Counsel
D.C. Bar # 184549
Tec Law Group, PLLC.
1629 K Street, N.W.
Suite 300
Washington, D.C. 20036

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing "Plaintiff's Third Consent Motion for Extension of Time Within Which to File Plaintiff's Opposition to Defendant's Motion to Dismiss," was sent to the Defendant's Counsel, Alex Karpinski, Esq., Assistant Attorney General, District of Columbia, 441 Fourth Street, N.W., Washington, D.C., 20001-2714, this 12th[th] day of March, 2008.


    John F. Mercer




Dated: March 12, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CRHISTINE E. WHEELER,** | : | |
| Plaintiff, | : | |
| | : | |
| | : | |
| **DISTRICT OF COLUMBIA, ET.AL,** | : | Case No.:  1:07–cv-1988 JR |
| | : | |
| Defendants, | : | |

## ORDER

Upon consideration of the "Plaintiff's Third Motion for Extension of Time within which to File Opposition to Defendants' Motion to Dismiss," it is hereby ordered that the motion is granted. The Plaintiff shall have to and including April 15, 2008, within which to file her "Opposition to the Defendants' Motion To Dismiss."

_____
UNITED STATES DISTRICT JUDGE


Dated:_____, 2008