UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE E. WHEELER, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 07-1988 (JR) |
| DISTRICT OF COLUMBIA, *et al.*, | : |
| Defendants. | : |

## ORDER

Plaintiff failed to respond to defendant's motion to dismiss filed 1/24/08 [4] after three extensions of time to do so, the latest, until 4/15/08, granted by minute order on 3/18/08 with the notation that "no further extensions will be granted." The motion to dismiss [4] is **granted as conceded**, and this case is **dismissed without prejudice**.

JAMES ROBERTSON
United States District Judge